**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Harrisonburg Division

| | |
|---|---|
| **NEW LIFESTYLES, INC., CUAVE FAMILY PROPERTIES, LLC, and PROPERTIES OF WINCHESTER, LLC,** | |
| Plaintiffs, | |
| v. | Case No. 5:21cv7 |
| **CALO YOUNG ADULTS – WINCHESTER, LLC and SOLACIUM HOLDINGS, LLC,** | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT CALO YOUNG ADULTS – WINCHESTER, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Calo Young Adults – Winchester, LLC ("Calo") states as follows:

Calo is not publicly traded. Calo is a subsidiary of Change Academy at Lake of the Ozarks, LLC, which is not publicly traded. No publicly traded corporation owns more than 10% of the stock of Calo or has any other direct financial interest in the outcome of the litigation.

Respectfully submitted this 29th day of January, 2021.

/s/
John S. Buford (VSB No. 89041)
jbuford@hancockdaniel.com
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel:   804-967-9604
Fax:   804-967-9888
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties to this action by depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

>Andrew S. Baugher
>Christopher R. Tate
>Flora Pettit P.C.
>P.O. Box 1287
>Harrisonburg, VA 22803
>*Attorneys for Plaintiffs*

This the 29th day of January, 2021.

>/s/
>John S. Buford (VSB No. 89041)
>jbuford@hancockdaniel.com
>HANCOCK, DANIEL & JOHNSON, P.C.
>4701 Cox Rd., Suite 400
>Glen Allen, VA 23060
>Tel:   804-967-9604
>Fax:   804-967-9888
>*Attorneys for Defendants*